UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~

SEACON CORPORATION,

       Plaintiff,

  vs            6:06-CV-1022

CELLECT, LLC,

       Defendant.

~~~~~~~~~~~~~~~~~~~~~~~~~

| APPEARANCES: | OF COUNSEL: |
|---|---|
| MENTER, RUDIN & TRIVELPIECE, P.C.<br>Attorneys for Plaintiff<br>Suite 500<br>the 500 Building<br>500 South Salina Street<br>Syracuse, New York l3202-3300 | MITCHELL J. KATZ, ESQ.<br>JULIAN B. MODESTI, ESQ. |
| MacKENZIE HUGHES LLP<br>Attorneys for Plaintiff<br>Suite 600<br>101 South Salina Street<br>PO Box 4967<br>Syracuse, New York 13221-4967 | STEPHEN T. HELMER, ESQ. |
| HACKER & MURPHY, LLP<br>Attorneys for Defendant<br>7 Airport Park Boulevard<br>PO Box 104<br>Latham, New York 12110-0104 | JAMES E. HACKER, ESQ.<br>THOMAS D. BUCHANAN, ESQ. |

DAVID N. HURD
United States District Judge

# **O R D E R**

  Plaintiff's attorneys moved to withdraw as counsel to plaintiff and be awarded a

judgment for its attorneys' fees, costs, and expenses. (Docket No. 57). Plaintiff did not

oppose the motion to withdraw.  (Docket No. 62). On October 5, 2009, Stephen T. Helmer, Esq., of MacKenzie Hughes LLP appeared for plaintiff.  (Docket No. 60)

Therefore, it is

ORDERED that

1.  The motion to withdraw is GRANTED; and

2.  The motion for a judgment for additional attorneys' fees, costs and expenses is DENIED.

IT IS SO ORDERED.

Dated:   October 29, 2009
            Utica, New York.

_____
United States District Judge